a writ of error coram nobis was filed under Rule 27(a) on October 11, 2011, and placed on the docket this date. On consideration thereof, said petition is hereby dismissed for lack of jurisdiction.

No. 11–0525/AF. U.S. v. Michael P. Grafmuller. CCA 37524. On consideration of Appellant's petition for a grant of review, Appellant is granted an enlargement of time up to and including February 29, 2012, to file the supplement.

No. 11–0434/AR. U.S. v. David J. Isenhower. CCA 20100354. Review granted on the following issue:

> WHETHER SPECIFICATION 1 OF CHARGE IV FAILS TO STATE AN OFFENSE BECAUSE IT DOES NOT EXPRESSLY ALLEGE OR NECESSARILY IMPLY THE TERMINAL ELEMENTS OF ARTICLE 134, UCMJ.

No briefs will be filed under Rule 25.

No. 11–0580/AR. U.S. v. Gregory A. Robinson. CCA 20100495. Review granted on the following issue:

> WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT, THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENTS FROM THE SPECIFICATION OF CHARGE IV CANNOT BE NECESSARILY IMPLIED FROM THE TEXT. ARE THE CHARGES FATALLY DEFECTIVE?

No briefs will be filed under Rule 25.

No. 12–0202/NA. U.S. v. Michael Ignacio. CCA 201100062. Review granted on the following issue:

> IN AN ARTICLE 120(h), UCMJ, CASE, THE MILITARY JUDGE FAILED TO INSTRUCT THE MEMBERS TO CONSIDER ALL OF THE EVIDENCE, INCLUDING THE EVIDENCE OF CONSENT, WHEN DETERMINING WHETHER THE GOVERNMENT PROVED GUILT BEYOND A REASONABLE DOUBT. IN LIGHT OF *UNITED STATES*